UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Ernest Louis Farkas         :         Case #: 05-75223
       Shelby Lynn Farkas

                                                      :         Chapter 13

                                                      :         Judge Preston

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: September 29, 2009                        /s/ Frank M. Pees_____
                                                                          Frank M. Pees
                                                                           Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| CLARK CONSTRUCTION<br>18748 DAVIS RIDGE RD<br>CALDWELL OH   43724 | $105.30 |